RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 10/6/09
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 09-0062 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| MARTEZE MCGEE | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Marteze McGee, and adjudges him guilty of the offense charged in Count Two of the Indictment against him.

THUS DONE AND SIGNED this 6 day of October 2009 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE